# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNY JOSEPH WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIV-07-467-R |
| DAVID C. MILLER, | ) ) ) |
| Respondent. | ) ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered June 11, 2007. Doc. No. 13. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition of Danny Joseph Williams for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED as untimely filed under 28 U.S.C. § 2244(d)(1)(A).

It is so ordered this 3rd day of July, 2007.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE